# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GERALD E. GILL,

    Plaintiff,

vs.                                           Case No. 4:07cv222-SPM/WCS

DR. DANIEL P. CHERRY, III,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff, proceeding *pro se*, submitted a § 1983 civil rights complaint, doc. 1, against a doctor who was involved in making decisions concerning Plaintiff's health care while Plaintiff was in prison.  Service was directed in June, 2007, and a summons was returned executed in September, 2007.  Docs. 12, 13.  After receiving two extensions of time, Defendant Cherry has now filed a "motion for transfer/joinder."  Doc. 18.

    What Defendant Cherry is actually seeking is to consolidate this case with case number 4:06cv178-MP/AK as permitted by FED. R. CIV. P. 42(a).  That case has been active since April of 2006 and the claims there are related to the claims in this case.  Indeed, Plaintiff had previously been directed to clarify when he initiated *this* case

whether the complaint was the same or related to his prior case.  *See* doc. 5.  Plaintiff acknowledged that these cases are related, and that he learned the identity of the named Defendant in *this* case through discovery in the other case.  Doc. 8.  Nevertheless, Plaintiff's desire to initiate a separate lawsuit was clear and the case was served.

At this point, Defendant Cherry, the only Defendant in this case, seeks to consolidate the two cases for judicial economy and to eliminate the risk of inconsistent verdicts by different fact finders considering the same basic set of facts.  Doc. 18.  While ordinarily, ruling on such a motion would await the Plaintiff's response, judicial notice is taken that Plaintiff requested permission of the Court in case number 4:06cv178-MP/AK to join the two cases together.  Doc. 127 of case number 4:06cv178.  Furthermore, Defendants Thayer and Johanson filed a response in that case indicating they join with Plaintiff's motion and are in agreement with the request.  Doc. 129.

Thus, as it is clear that Plaintiff consents to the motion to consolidate the cases, it is recommended that Defendant Cherry's motion, doc. 18 of this case, be granted.  This will result in the consolidated case being referred to Senior District Judge Paul, who is the presiding judge in case number 4:06cv178.

It is further recommended that Defendant Cherry be directed to file an answer within 10 days after the date the Order adopting this report and recommendation is docketed.  At this point, Defendant Cherry has not yet filed a response to the complaint, and the time for doing so has passed.  *See* doc. 17.

**RECOMMENDATIONS**

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant Cherry's motion to transfer, doc. 18, be construed as a motion to consolidate this case with case number 4:06cv178-MP/AK, pursuant to FED. R. CIV. P. 42(a) and be **GRANTED**.  It is further **RECOMMENDED** that Defendant Cherry be **ORDERED** to immediately file a response to the complaint within ten (10) days of the date the order adopting this report and recommendation is entered on the docket.  Finally it is **RECOMMENDED** that the Clerk assign the consolidated case to Senior District Judge Paul and Magistrate Judge Allan Kornblum.

**IN CHAMBERS** at Tallahassee, Florida, on November 13, 2007.

 s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**