IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD E. GILL,

    Plaintiff,

vs.                                CASE NO. 4:07cv222-SPM/WCS

DR. DANIEL P. CHERRY III,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated November 13, 2007 (doc. 19). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 19) is ADOPTED and incorporated by reference in this order.

2.    Defendant's motion to consolidate (doc. 18) is granted.

3.    The clerk shall consolidate this case with case number 4:06cv178-MP/AK.

4.	Defendant Cherry shall have up to and including January 10, 2008, to file a response to the complaint.  The response shall be filed in the consolidated case, 4:06cv178-MP/AK.

DONE AND ORDERED this 19th day of December, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge